UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BEA SYSTEMS, INC.,

        Plaintiff,

  v.

THOMAS NIELSEN,

        Defendant.

NO. C05-1212P

ORDER TO SHOW CAUSE

On May 30, 2006, the Court issued an order staying this case and calling for a joint status report to be filed by the parties on June 30, 2006. Since that time, no report has been received by the parties in this case. The parties shall file as status report as to the progress of this case with the Court within ten (10) judicial days of the date of this Order. If the parties fail to submit a report by **October 12, 2006,** the stay will be lifted and the Court will DISMISS this case for failure to prosecute. The clerk is directed to send copies of this order to all counsel of record.

Dated: September 29th, 2006.

Marsha J. Pechman
United States District Judge

ORDER TO SHOW CAUSE - 1